400 A.2d 622

Ogrod v. Ogrod, Appellant.

Petition for Allowance of Appeal Denied March 23, 1979.

Argued December 5, 1978. Olga Ogrod, in propria personam, for appellant; Drew S. Dorfman, for appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Order affirmed.

400 A.2d 623

Larry Olson et al., Appellants, v. Rapp et al.

Argued December 4, 1978. Lindley M. Cowperthwait, Jr., for appellants; Dean B. Stewart, Jr., submitted a brief on behalf of appellees.

Before PRICE, SPAETH and WATKINS, JJ.

Order affirmed.